**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
────────────────────────────────────────

**FELIX SANTOS,**

                   Plaintiff,              20-cv-1664 (JGK)

      - against -              <u>ORDER</u>

**WEST 4TH STREET REST. CORP.,**

                   Defendant.
────────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The plaintiff is required to serve the summons and complaint on the defendant within 90 days. <u>See</u> Fed. R. Civ. P. 4(m). If the plaintiff fails to do so, this case will be dismissed without prejudice.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **April 23, 2020**         /s/ John G. Koeltl
                                        **John G. Koeltl**
                              **United States District Judge**